IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Anthony Gene Trappier | Case No. 4:09-cr-00340-TLW<br><br>**Order** |

This matter comes before the Court for consideration of the Government's motion to stay this compassionate release matter. ECF No. 257. No objection was filed to the motion to stay.

After careful consideration of the filings, the Court concludes that the outcome of this proceeding will likely be impacted by the final decision in *United States v. McCoy*, No. 20-6821 (4th Cir. Docketed June 5, 2020) and that it would therefore be appropriate to stay this case pending issuance of the mandate in *McCoy*. Accordingly, the Government's motion, ECF No. 257, is **GRANTED**. The Government is directed to notify the Court upon issuance of the mandate in *McCoy*.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

November 13, 2020
Columbia, South Carolina

1